AYERS *v.* THE STATE.

LEWIS, J.   No error of law is assigned in the bill of exceptions.   The evidence, although circumstantial, was sufficient, when taken all together, to warrant the conviction of the accused; and the trial judge being satisfied with the verdict, this court will not control his discretion in overruling the motion for a new trial.                    *Judgment affirmed.   All the Justices concurring.*

Argued June 17, — Decided July 18, 1901.

Indictment for murder.   Before Judge Evans.   Johnson superior court.   April 20, 1901.

*A. L. Hatcher* and *J. L. Kent,* for plaintiff in error.   *J. M. Terrell, attorney-general,* and *B. T. Rawlings, solicitor-general,* contra.